```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
ASAD PERVAIZ SHEIKH, et al.                                 :
                                           Plaintiffs,      :
                                                            :      15 Civ. 7549 (LGS)
                -against-                                   :
                                                            :              ORDER
ALIGN COMMUNICATIONS, INC.,                                 :
                                           Defendant.       :
                                                            :
------------------------------------------------------------:
                                                            X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/16/18

LORNA G. SCHOFIELD, District Judge:

WHEREAS, an Order, dated December 19, 2017 (Dkt. No. 71), granted Plaintiffs' unopposed motion for final approval of the class action settlement;

WHEREAS, on March 26, 2018 (Dkt. No. 72), the parties filed a status letter informing the Court that as to the total payments made to Class Members, all but one check has been cashed;

WHEREAS, an Order, dated April 11, 2018 (Dkt. No. 73), granted Plaintiffs' request for attorneys' fees, and reimbursement of expenses; it is hereby

**ORDERED** that this action is closed.

Dated: May 16, 2018
       New York, New York

                                              _____
                                              **LORNA G. SCHOFIELD**
                                              **UNITED STATES DISTRICT JUDGE**